# 946 CASES REPORTED WITH BRIEF SYLLABI.

Alexander Hilfinger and Others, Appellants, v. The State of New York, Respondent.— Judgment affirmed, with costs. All concurred, except Houghton and Betts, JJ., dissenting.

Walter B. Humphrey, Respondent, v. Sarah M. Humphrey, Appellant. — Interlocutory judgment affirmed. All concurred, except Houghton and Betts, JJ., dissenting.

George L. Harrington, Respondent, v. The Davey Tree Expert Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Kelly Lumber Company, Eugene Clinton, Receiver, Appellant, v. The Otselic Valley Railroad Company, Benjamin F. Gladding, Respondent. In the Matter of the Application to Punish Benjamin F. Gladding for Contempt of Court.— Transferred to the Fourth Department.

Susan S. Loucks, Appellant, v. Anna S. Dolan, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

Susan S. Loucks and Anna E. Slingerland, Respondents, v. Albert S. Frazier and Leonard H. Frazier, Appellants.— Interlocutory judgment affirmed, with costs, with usual leave to the defendants to withdraw demurrer, and answer upon payment of costs of appeal and of the court below. All concurred.

Patrick Lane and Annie Lane, Appellants, v. A. Vedder Magee and Tamason Magee, Respondents.— Judgment unanimously affirmed, with costs.

In the Matter of the Application of the Hassam Paving Company of New York, Appellant, for a Writ of Mandamus against Reginald J. Imperatori, Respondent.— Order affirmed, with costs. All concurred.

In the Matter of the Application of the Town Board and Town Superintendent of Highways of the Town of Colchester, Delaware County, Respondents, under Section 61 of the Railroad Law* for an Order Determining Whether a New Highway Laid Out by Said Municipal Authorities Shall Be Constructed across the New York, Ontario and Western Railway, Appellant, over, under or at Grade of Said Railway Near Cook's Falls Station in Said Town.— Determination of the Public Service Commission unanimously confirmed, with costs.

John C. McGee, Appellant, v. Edward Lazansky, as Secretary of State of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.